IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES SURETY COMPANY,**

    **Plaintiff,**

v.                                                                                       Case No. 1:19-cv-116-AW-GRJ

**TUMBLESON WHITE CONSTRUCTION, INC.; J2MW GROUP, LLC; JOSEPH M. WHITE; and SONYA H. WHITE,**

    **Defendants.**

_____/

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

The court has considered the magistrate judge's August 25, 2020, Report and Recommendation. ECF No. 28. Defendants were provided a copy of that Report and Recommendation, *see* ECF No. 30, and none has filed any objection.

The court now adopts the Report and Recommendation, which it incorporates into this order.

The clerk will enter judgment that says: "It is ordered that the Plaintiff United States Surety Company recover from Defendants Tumbleson White Construction, Inc.; J2MW Group, LLC; Joseph M. White; and Sonya H. White, jointly and severally, the amount of $251.313.15 in damages, together with $956.80 in costs, with postjudgment interest to accrue at the statutory rate. This action was decided by the court on a motion for default judgment." The clerk will then close the file.

1

SO ORDERED on November 11, 2020.

                                              s/ *Allen Winsor*
                                              United States District Judge